ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 2 2 2005
CLERK, U.S. DISTRICT COURT
By _____

| | |
|---|---|
| JESUS JOSE ESCOBAR, ID # 68900-079, )<br>Petitioner, )<br>vs. )<br> )<br>K.W. WENDT, )<br>Respondent. ) | No. 3:04-CV-1227-M |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 22 day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE